DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RAFAEL GOLAN,**
Appellant,

v.

**SUSAN LYNN VIGDER, SUSAN GOLAN,
SHAYNE-GOLAN** and **LAUREN MAYER,**
Appellees.

No. 4D19-894

[November 18, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Dale C. Cohen, Judge; L.T. Case No. FMCE10-015211.

John G Crabtree, Charles M. Auslander and Brian C. Tackenberg of Crabtree & Auslander, Key Biscayne, for appellant.

Robin Bresky and Jonathan Mann of Bresky Law, Boca Raton, for appellee Susan Lynn Vigder.

PER CURIAM.

*Affirmed.*

WARNER, GERBER and LEVINE, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***